JACOB B. GREENSPAN and WILLIAM J. JAMES, as Trustees for the Benefit of Creditors of SAMPLE FURNITURE SHOW ROOMS CO., INC., Respondents, v. ALBERT

M. Bank, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.